[Reset Form]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

FILED
2015 MAY 27 AM 11:14
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

Case Number: LA14CR00499-PA(B)
Defendant Number: 2
U.S.A. v. CHUANG FENG CHEN
Year of Birth: 1990
[✓] Indictment   [ ] Information
Investigative agency (FBI, DEA, etc.): DEA, IRS

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

### OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense: _____

c. County in which first offense occurred: _____

d. The crimes charged are alleged to have been committed in:
CHECK ALL THAT APPLY
[✓] Los Angeles     [ ] Ventura
[ ] Orange          [ ] Santa Barbara
[ ] Riverside       [ ] San Luis Obispo
[ ] San Bernardino  [ ] Other _____

Citation of Offense: 18 U.S.C. 371

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   [✓] No   [ ] Yes

IF YES   Case Number _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: MUST MATCH NOTICE OF RELATED CASE _____

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: _____
Case Number: _____
Charging: _____

The complaint:   [ ] is still pending
                 [ ] was dismissed on: _____

### PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [ ] Yes
IF YES, provide, Name: _____
Phone Number: _____

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[✓] Yes*   [ ] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### Superseding Indictment/Information

IS THIS A NEW DEFENDANT?   [ ] Yes   [✓] No

This is the 2nd superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on: September 2, 2014

Case Number: 14-499

The superseded case:

[✓] is still pending before Judge/Magistrate Judge
Percy Anderson

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[✓] Yes*   [ ] No

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes   [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?   [ ] YES   [✓] NO
IF YES, list language and/or dialect: _____

**OTHER**

[✓] Male   [ ] Female
[✓] U.S. Citizen   [ ] Alien
Alias Name(s): _____

This defendant is charged in:   [✓] All counts
[ ] Only counts: _____
[ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
[ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?   [ ] Yes   [✓] No
IF YES, should matter be sealed?   [ ] Yes   [ ] No

The area of substantive law that will be involved in this case includes:

[ ] financial institution fraud     [ ] public corruption
[✓] government fraud                [ ] tax offenses
[ ] environmental issues            [ ] mail/wire fraud
[ ] narcotics offenses              [ ] immigration offenses
[ ] violent crimes/firearms         [ ] corporate fraud
[ ] Other _____

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?   [ ] Yes   [ ] No
d. Is on bail or release from another district: _____

Defendant is **in** custody:
a. Place of incarceration:   [ ] State   [ ] Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. [ ] Solely on this charge. Date and time of arrest: _____
e. On another conviction:   [ ] Yes   [ ] No
   IF YES:   [ ] State   [ ] Federal   [ ] Writ of Issue
f. Awaiting trial on other charges::   [ ] Yes   [ ] No
   IF YES:   [ ] State   [ ] Federal   AND
   Name of Court: _____
Date transferred to federal custody: _____
This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   __20__   __21__   __40__

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date   May 27, 2015

Signature of Assistant U.S. Attorney
Vicki Chou
Print Name